UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-0759 AG (MLGx) | Date | July 29, 2013 |
|---|---|---|---|
| Title | LABYRINTH OPTICAL TECHNOLOGIES LLC v. ALCATEL-LUCENT USA, INC. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings:**   **[IN CHAMBERS] ORDER CONTINUING CLAIM CONSTRUCTION HEARING**

The parties calendared the claim construction hearing in this matter for Monday, August 5, 2013. Generally, due to calendar management, the Court does not hold claim construction hearings on Mondays, the Court's law and motion day. Accordingly, the claim construction hearing is CONTINUED to Tuesday, August 20, 2013, at 9:00 a.m.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | enm | |