# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 12-0759-AG(MLGx) | Date August 20, 2013 |
| Title LABYRINTH OPTICAL TECHNOLOGIES LLC v ALCATEL-LUCENT USA, INC | |

Present: The Honorable   ANDREW J. GUILFORD, U.S. District Judge

| Dwayne Roberts / Denise Vo | Pamela Batalo |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Paul Lasko | William O'Brien |
| | Joseph Liu |

**Proceedings:**   CLAIM CONSTRUCTION HEARING

Cause is called and counsel make their appearances. Court and counsel confer regarding the tentative constructions previously issued. Hearing is held, counsel argue, and the matter is taken under submission.

|  | 1 | : | 35 |
|---|---|---|---|
| Initials of Preparer | dr / dv | | |