# EXHIBIT A

**David A. Smith**            **Curriculum Vitae**

## Professional Summary

After receiving his doctorate in experimental physics from M.I.T. (1980), Dr. Smith performed research in laser navigation for four years and then joined Bellcore (Holmdel, NJ) as a Member of Technical staff, pioneering in device technology for optical communication systems for which he was awarded Fellow rank in the Optical Society of America. He joined Case Western Reserve University in Cleveland, OH, where he was the Leonard Case Professor of Engineering and Professor of Electrical Engineering and Computer Science and won the 1996 Wittke Award for Distinguished Undergraduate Teaching. He took a leave of absence to co-found Movaz Networks in 2000 and served as CTO of Movaz for two years. Movaz is a telecommunications equipment supplier which was split and sold to ADVA and Olympus Microsystems. In 2002, Dr. Smith began his role as a consultant in advanced technology, technology commercialization and patent litigation support, specializing as an Expert Witness with experience in Patent Litigation both for the Plaintiff and the Defendant. Other projects include Technology Management at Transdermal Cap, Inc. and pro bono work in high school curriculum development.

## Areas of Expertise

- Telecommunication Networks & Components
- LCD, LED & Plasma Display Technology
- LED Lighting and Control
- Digital & Analog Signal Processing
- Electromagnetics

- Laser & Optoelectronics Technology
- Nanotechnology & MEMS
- Optics, Fiber Optics & Semiconductor Devices
- Patent Licensing Strategy
- Optical Gyro & Sensor Technology

## Education

| Year | College or University | Degree |
|------|----------------------|--------|
| 1980 | MIT, Cambridge, MA | Ph.D., Solid State Experimental Physics |

**David A. Smith**                **Curriculum Vitae**

## Professional Experience

| | |
|---|---|
| From: | 1996 |
| To: | present |
| Title: | Independent Consultant, Cleveland, OH |
| Summary: | Technical and litigation consultant for national and international clients |

| | |
|---|---|
| 2009-present | President, Dave Smith Optoelectronics, Inc. an S-Corporation |
| 2006-present | Engineering Director, Transdermal Cap, Inc. (Biomedical optoelectronics) |
| 2006-7 | Consultant, Optical Systems, Champion Optical Technology Services |
| 2004-5 | • Optical metrology and transceiver design |
| 2003-5 | Founder and Managing Editor: Nanopedia, the Web Encyclopedia of Nanotechnology. |

Continuum Photonics – Billerica, MA.
- Advisor in optical switch node architecture and accumulated impairments in optical networks

Physical Sciences Corporation – Andover, MA

1998
- Explored new business opportunities in optics and sensors with client and Federal Funding agencies

Integrated Optics Components, Ltd. – England

1996
- Design of Integrated Acousto-Optic Filters for optical communication and other applications

United Technologies Photonics – Brookfield, Connecticut

1996- 2001
- Technical advice on integrated optics design and applications Aurora Consultants, Strategy and Business opportunity analysis in the optical component and optical display markets.

Additional consulting projects: Tetra-Tech Data Systems, Optivision, Deacon Optics – Silicon Valley, CA Design,

| | |
|---|---|
| From: | 1994 |
| To: | 2005 |
| Organization: | Case Western Reserve University, Cleveland, Ohio |
| Summary: | |
| 2005 | Presidential Fellow and Commercialization Consultant |
| 2004 | Research Professor, Dept of EE and Computer Science |
| 1994-2001 | Professor of Electrical Engineering |

- Taught courses in semiconductor device technology, electromagnetics, analog and digital communication as well as fiber optic networks; supervised MS and PhD theses; significant research program in fiber-optic devices; consulted as expert witness and fiber optics specialist.

| | |
|---|---|
| From: | 2000 |

**David A. Smith**      **Curriculum Vitae**

| | |
|---|---|
| To: | 2001 |
| Organization: | Movaz Networks – Atlanta, GA |
| Title: | Co-Founder & Chief Technical Officer |
| Summary: | Responsible for technical strategy, patent generation, technology transfer, white papers and conference presentations. DWDM network architect and fiber systems modeling. |

| | |
|---|---|
| From: | 1984 |
| To: | 1994 |
| Organization: | Bellcore – Red Bank, NJ |
| Title: | Member of Technical Staff |
| Summary: | Researcher in integrated optics and fiber lasers, amplifiers and systems; developed first practical integrated acousto-optic filters and switches for fiber communication networks. |

| | |
|---|---|
| From: | 1982 |
| To: | 1984 |
| Organization: | Singer Corporation – Little Falls, NJ |
| Title: | Principal Scientist |
| Summary: | Researcher in multiple-axis ring laser gyros. |

| | |
|---|---|
| From: | 1980 |
| To: | 1982 |
| Organization: | Northrop Corporation |
| Title: | Senior Scientist |
| Summary: | Started ring laser gyroscope development program. |

David A. Smith        Curriculum Vitae

## Litigation Where I have Testified at Depo or in Court

**Expert Engagement**
Technology: Fiber Communication – optical switching
Law Firm: Lathrop and Gage
Client Name: JDSU, petitioner v **Fiber LLC, patent owner**
Services Provided: Testifying Expert – Claim Construction and Validity
Deposed in IPR proceedings 5/23/14
Date: 2011 - present

**Expert Engagement**
Technology: Fiber Communication – dispersion compensation
Law Firm: Simmons
Client Name: **Labryinth** v. ALU, Ciena and Fujitsu
Services Provided: Testifying Expert – Claim Construction
Deposed by Fujitsu 5/29/14
Deposed by Ciena 12/12/13
Date: 2012 - present

**Expert Engagement**
Technology: LED Lighting Technology
Law Firm: Thompson Hine
Client Name: **TCP** v. Phillips and Phillips v **TCP**
Services Provided: Testifying Expert – Claim Construction
Deposed November, 2013 on claim construction
Date: 2013 - settled

**Expert Engagement**
Technology: Multi-wavelength Fiber-Optical Node Systems
Law Firm: Procopio
Client Name: **Lambda Optical Systems** v. Alcatel-Lucent
Alcatel-Lucent v. **Lambda Optical Solutions**
Services Provided: Testifying Expert Infringement and Validity
Deposed October, 10, 2013 on validity and infringement
Date: 2010 - present

**Expert Engagement**
Technology: LCD compensation film technology
Law Firm: Quinn Emanuel
Client Name: Compound v **Sony** et al.
Services Provided: Consulting Expert – invalidity analysis
Deposed; Presented tutorial at the ITC and was deposed in this matter as well.
ITC – Washington, DC;
ongoing in San Diego Federal Court
Date: 2012 - present

**Expert Engagement:**
Technology: DWDM and CWDM Optical Switches and Networks; Fiber to the Home
Law Firm: Winston and Strawn

| David A. Smith | Curriculum Vitae |
|---|---|

Client Name: **Verizon**
Services Provided: invalidity analysis, testifying expert; jury trial in March, 2011
testified on materiality at a separate inequitable conduct trial in March 2011
Tyler, TX
Date: 2010 – 2011

*Expert Engagement:*
Technology: Color Filters for Liquid Crystal Displays
Law Firm: Vinson and Elkins
Client Name: **ATI v Sharp and DNP**
Services Provided: Testifying Expert – infringement and validity; deposed
ED Texas, Texarkana
Date: May, 2009 – Dec. 2011, settled

*Expert Engagement:*
Technology: LED flashlights, light sources, electrical switch technology
Law Firm: Duffy, Sweeney and Scott
Case Name: **Emissive Energy Corp. vs Novatac, Inc.**
Court: US District Court for the District of Rhode Island 1:09-cv-00013-ML-DLM
Services Provided: Expert Analysis – infringement; deposed
Date: 2009 - 2012

*Expert Engagement:*
Technology: LCD Pixel design; AMLCD wiring; Dual LCD displays for cellphones
Law Firm: Fish & Richardson
Case Name: **Samsung v. Sharp**
Court: International Trade Commission, Washington DC,
In the Matter of Certain Liquid Crystal Display Devices and Products,
No. 337-TA-631
Services Provided: Expert Analysis, Report, and Court Testimony
Testimony Type: Deposition and Trial
Date: 2007 – 2008

*Expert Engagement:*
Technology: Lightwave Cable Television Technology
Law Firm: Jones Day
Case Name: Optium Corp. v. **Emcore and JDS Uniphase Corp.**
Court: US District Court for the Western District of Pennsylvania: 2:06-CV-01683
Services Provided: Expert Analysis and Report – materiality and validity
Testimony Type: Deposition and report
Date: 2008 - 2009

*Expert Engagement:*
Technology: SBS Suppression Methods for Lightwave CATV transmitters
Law Firm: Jones Day, Pittsburgh and Cleveland Offices
Case Name: **Emcore Corp., JDS Uniphase Corp. v. Optium Corp.**
Court: US District Court for the Western District of Pennsylvania: 2:06-CV-01202
Services Provided: Expert Analysis and Report – infringement and validity
Testimony Type: Deposition; Reports and trial testimony
Date: 2008-2011

**David A. Smith**                **Curriculum Vitae**

***Expert Engagement:***
Technology:         Predistortion electronics for Lightwave CATV transmitters
Law Firm:           Jones Day, Pittsburgh and Cleveland Offices
Case Name:          **Emcore Corp., JDS Uniphase Corp. v. Optium Corp.**
Court:              US District Court for the Western District of Pennsylvania: 2:07-CV-0326
Services Provided:  Deposition; Reports and trial testimony
Date:               2008-2011

## Affiliations, Achievements and Awards

- Fellow, Optical Society of America
- Senior Member, IEEE
- Member, Society for Information Display
- Member, IEEE Consumer Electronics Society
- 1996 Carl F. Wittke Award for Distinguished Undergraduate Teaching
- Co-Chair International Conference on Integrated Photonics Research
- 1992 IR & D 100 Award for Invention of the Integrated Acousto-Optic Filter Research Consortia Memberships:
- ONTC: The Optical Network Technology Consortium (1990's) – DARPA funded consortium of eight major companies and universities to advance technology and demonstration networks in the then-emerging field of WDM networks.
- NTON: The National Transparent Optical Network Consortium – Associate Member (1996-2000) in charge of new optical switch technology
- The ACORDIAN Project (Acousto-Optic Research Devices in Amplified Networks) – a group I headed to demonstrate very long distance optical network technology and network management.

## Patents and Publications

| Patent    | Date | Description |
|-----------|------|-------------|
| 6,810,165 | 2004 | Optical Cross Connect Utilizing Free Space Optics and an Array of Micro Mirrors |
| 6,798,941 | 2004 | Variable Transmission Multi-Channel Optical Switch |
| 6,694,073 | 2004 | Reconfigurable Free Space Wavelength Cross Connect |
| 6,341,021 | 2002 | Dynamic Power Equalization of Many Wavelength Division Multiplexed Channels in a Fiber Optic System |
| 5,218,653 | 1993 | Polarization Converter with Apodized Acoustic Waveguide |
| 5,133,029 | 1992 | Adiabatic Polarization Splitter |
| 5,002,349 | 1991 | Integrated Acousto-Optic Filters and Switches |

David A. Smith                    Curriculum Vitae

## Publications and Conference Presentations by Subject Area

### Book Chapters:

- A. Abramson, D. A. Smith et al., "Nanoworlds: A Nanotechnology Curse Model Using the Nanopedia, The Web Encyclopedia of Nanotechnology," published in *Nanoscale Science and Engineering Education*, A. Sweeney and S. Seal, eds., pp. 339-363 (2008, American Scientific Publishers).

### Short Courses Taught:

- NASA Short Course in Nanotechnology (August, 2003)
- IEEE Tutorial of Fiber-Optic Network Modeling
- NASA Short Course on Fiber-Optic Networks and Technology

### Technical Articles and Conference Presentations

#### Liquid Crystal Display Technology

- M. W. Maeda, J. S. Patel, D. A. Smith, C. Lin, M. A. Saifi and A. von Lehman, "An electronically tunable fiber laser with a liquid-crystal etalon filter as the wavelength tuning element," *Photonics Technol. Lett.*, vol. 2, pp. 787-789 (Nov., 1990)
- M. W. Maeda, J. S. Patel, D. A. Smith, C. Lin, M. A. Saifi and A. von Lehman, "An electronically tunable fiber laser with a liquid-crystal etalon filter as the wavelength tuning element," *1990 Summer Topical on Optical Multiple Access Networks*, POSTDEADLINE paper PD4 (Monterey, CA, July 25-27, 1990)

#### Nanotechnology and MEMS (Microelectrical Mechanical Systems)

- D. A. Smith and A. Abramson, *Navigating the Boom and Bust of Nanotechnology*, University Focus on Case Western Reserve University in Tire Technology International Magazine, pp. 60-63 (March 2006).
- D. A. Smith and A. Abramson, "Managing Nanohype: Navigating through the Boom and Bust Cycle of Nanotechnology's Promise", Tire Technology Expo 2005 invited talk and proceedings, Koln Germany, Feb., 2005
- D. A. Smith, "Futurism in Nanotechnology," two separate keynote luncheon talks for the NASA-GMI Two-Day short course in Nanotechnology (August 25-26, 2003, Cleveland, OH)
- Bin Mi, David A. Smith, Frank Merat, Harold Kahn, Arthur H. Heuer, and Stephen M. Philips, "Static and Electrically Actuated Shaped MEMS Mirrors", Journal of MEMS,
- Bin Mi, David A. Smith, Frank Merat, Harold Kahn, Arthur H. Heuer, and Stephen M. Philips, "Deformable Micromirrors", presented at Research ShowCase 2004, Cleveland, OH, April 2, 2004.
- Bin Mi, H. Kahn, F. L. Merat, A. H. Heuer, D. A. Smith and S. M. Phillips, "Design and Fabrication of curved micromirrors using the MultiPoly process," Proc. *IEEE Sensors 2003* (Toronto, Canada, Oct. 22-24, 2003).
- A. A. Yasseen, J. N. Mitchell, J. F. Klemic, D. A. Smith and M. Mehregany, "A rotary electrostatic micromotor 1x8 optical switch," *J. Selected Topics in Quantum Electronics*, vol. 5, pp. 26-32 (1999)
- A. A. Yasseen, J. N.Mitchell, D. A. Smith and M. Mehregany, "High aspect ratio rotary polygon micromotor scanners," *Sensors and Actuators – A*, (1998)

**David A. Smith**          **Curriculum Vitae**

- A. A. Yasseen, J. N. Mitchell, D. A. Smith and M. Mehregany, "High aspect ratio rotary polygon micromotor scanners," *IEEE Solid State Sensors and Actuators Workshop*, p. 75 (Hilton Head, SC, June, 1998)
- A. A. Yasseen, J. N. Mitchell, J. F. Klemic, T. Streit, D. A. Smith and M. Mehregany, "A rotary electrostatic micromotor 1x8 optical switch," *IEEE Microelectromechanical Systems Workshop*, Proceedings: p. 116-120, (Heidelberg, Germany, Jan. 1998)

**Web-Based Education**

Web Encyclopedia:

- D. A. Smith and A. Abramson et al *Nanoworlds, a Nanotechnology Course Model based on Nanopedia, The Web Encyclopedia of Nanotechnology*, a chapter in the book, Nanoscale Science and Engineering Education: Issues, Trends and Future Directions, A. Sweeney, ed. (publication on or about May, 2007).
- D. A. Smith, A. R. Abramson and Y. Tian, "The Web Encyclopedia of Nanotechnology Project," presented at the Case Nanotechnology Forum (Feb, 2004, Cleveland, OH).
- D. A. Smith, A. R. Abramson, Y. Tian and G. Q. Zhang, "The Web Encyclopedia of Nanotechnology Project," presented at the 2004 Annual Research Center in Educational Technology Conference (Jan. 23-24, 2004, Kent, OH).

**Medical Systems:**

- D. A. Smith, M. Klein and J. W. Anderson III, "Dramatic Improvements in Web-Based Patient Education: End-Stage Renal Disease Pilot Program," *Proc. Healthcom 2003*, pp. 149-156 (Santa Monica, CA, June, 2003).

**Optical Switching and WDM systems**

MEMS Switch Arrays:

- D. A. Smith, "My life in a start-up," KEYNOTE SPEECH, *IEEE Workshop on High-Performance Switching and Routing* (Dallas, TX, May 29-31, 2001)
- D. A. Smith, "The wavelength switch," Movaz University Lecture, *Supercomm* (Atlanta, GA, June, 2001)
- A. J. Vernon, Z. Mansourati and D. A. Smith, *Telecommunications Magazine (Supp)* (June, 2001)

**Acousto-Optic Switches and Switch Arrays:**

- H. Rashid, D. A. Smith, R. S. Chakravarthy, A. M. Agboatwalla, A. A. Patil, Z. Bao, N. Imam, S. W. Smith, J. E. Baran, J. L. Jackel and J. Kallman, "An acousto-optic switch with near rectangular passband for WDM systems," *1996 Integrated Photonics Research Meeting*, paper IME1 (Boston, MA, Apr. 29 – May 2, 1996)
- J. E. Baran, D. A. Smith and A. d'Alessandro, "Multi-wavelength performance of an apodized acousto-optic switch," *1994 Optical Fiber Communication Conf.*, paper TuM5 (Feb. 1994)
- A. d'Alessandro, D. A. Smith and J. E. Baran, "Devices for wavelength switching in all-optical networks," INVITED PAPER, *SPIE Conf. On Advanced Photonics Materials for Information Technology* (Los Angeles, CA, Jan. 27-28, 1994) *Proc. SPIE*, vol. 2044, pp. 20-31 (1994).

**David A. Smith**          **Curriculum Vitae**

- A. d'Alessandro, D. A. Smith and J. E. Baran, "Acousto-optic switch matrices," *Optics in '93 edition on Optics and Photonics News* (Dec. 1993)
- J. E. Baran, D. A. Smith and A. d'Alessandro, "Recent advances in integrated AO switches for WDM applications, *IEEE Sarnoff Symposium* (Princeton, NJ, Mar. 26, 1993)
- A. d'Alessandro, D. A. Smith and J. E. Baran, "Reduction of crosstalk in an acousto-otpic switch with dilation and apodization," *1993 European Conf. On Integrated Optics* (Neufchatel, Switzerland, Apr. 19-22, 1993)
- D. A. Smith, A. d'Alessandro and J. E. Baran, "Dilated acousto-optic switches for low-crosstalk wavelength routing in WDM systems," *OSA Proc. On Photonics in Switching,* vol. 16 (Palm Springs, CA, Mar. 15-17, 1993)
- D. A. Smith, A. d'Alessandro, J. E. Baran, D. J. Fritz, J. L. Jackel and R. S. Chakravarthy, "Multiwavelength performance of an apodized acousto-optic switch," *J. Lightwave Technol.* Vol. 14, pp. 2044-2051 (Sep. 1996)
- D. A. Smith, A. d'Alessandro, J. E. Baran, D. Fritz and R. H. Hobbs, "Reduction of crosstalk in an acousto-optic switch by means of dilation," *Optics Lett.*, vol. 19,. pp. 99-101 (Jan. 15, 1994)
- A. d'Alessandro, D. A. Smith and J. E. Baran, "Multi-channel operation of an integrated acousto-optic wavelength-routing switch for WDM systems," *Photonics Technol. Lett.*, vol. 6, pp. 390-392 (Mar. 1994)
- D. A. Smith, "Wavelength-selective acousto-optic switches," INVITED TALK at the *1993 Annual Meeting of the Optical Society of America,* paper MP1 (Toronto, CD, 1993)

**Optically-Amplified WDM Demonstrations:**

- K. M. Feng, J. X. Cai, X. P. Chen, A. E. Willner and D. A. Smith, "Experimental demonstration of dynamic high-speed equalization of three channels using wavelength demultiplexer and acousto-optic modulators," *1997 Conference on Optical Fiber Communications*, paper ThS4, (Dallas, TX, Feb. 16-21, 1997)
- J. X. Cai, K. M. Feng, X. Chen, A. E. Willner, D. A. Smith, C. H. Lee and Y. J. Chen, "Experimental demonstration of dynamic high-speed equalization of three WDM channels using acousto-optic modulators and a wavelength demultiplexer," *Photonics Technol. Lett.*, vol. 9, pp. 678-681 (May, 1997)
- S. H. Huang, X. Y. Zou, A. E. Willner, Z. Bao and D. A. Smith, "Experimental demonstration of active equalization and ASE suppression of three 2.5 Gb/s WDM network channels over 2500 km using AOTF as transmission filters," *Photonics Technol. Lett.*, vol. 9, pp. 389-391 (Mar., 1997)
- S. H. Huang, X. Y. Zou, A. E. Willner, Z. Bao and D. A. Smith, "Experimental demonstration of active equalization and ASE suppression of three 2.5 Gb/s WDM-network channels over 2500 km using AOTF as transmission filters," *1996 Conf. On Lasers and Electrooptics*, paper CMA-4 (Anaheim, CA, June, 1996)
- D. A. Smith, Z. Bao, M. L. Heston, A. E. Willner, S. H. Huang, X. Y. Zou, K. Youden and K. Li, "Dynamic power equalization in WDM networks using acousto-optic filters," *OSA Topical Meeting on Optical Amplifiers and their Applications*, paper FA3 (Monterey, CA, Jul. 11-12, 1996)
- S. H. Huang, X. Y. Zou, S. M. Hwang, A. E. Willner, Z. Bao and D. A. Smith, "Experimental demonstration of dynamic equalization of three 2.5 Gb/s WDM channels over 1000 km using acousto-optic tunable filters," *1996 Optical Fiber Communication Conf.*, paper WM6 (San Jose, CA, Feb. 26 – Mar. 1, 1996)

__David A. Smith__       __Curriculum Vitae__

- A. E. Willner and D. A. Smith, "Acousto-optic modulators flatten amplifier gain," *Laser Focus World*, pp. 177-184 (June, 1996)
- S. H. Huang, X. Y. Zou, S. M. Hwang, A. E. Willner, Z. Bao and D. A. Smith, "Experimental demonstration of dynamic network equalization of three 2.5 Gb/s WDM channels over 1000 km using acousto-optic tunable filters," *Photonics Technology Lett.*, vol. 8, pp. 1243-1245 (Sep. 1996)
- S. F. Su, R. Olshansky, D. A. Smith and J. E. Baran, "Flattening of erbium-doped fiber amplifier gain spectrum using an acousto-optic tunable filter," *1992 European Conf. On Optical Communication* (Sept. 1992)
- S. F. Su, R. Olshansky, G. Joyce, D. A. Smith, J. E. Baran, "Use of acousto-optic tunable filters as equalizers in WDM lightwave systems," *1992 Optical Fiber Communication Conference*, paper ThC4 (San Jose, CA, Feb. 2-7, 1992)
- S. F. Su, R. Olshansky, D. A. Smith and J. E. Baran, "Flattening of erbium-doped fiber amplifier gain spectrum using an acousto-optic tunable filter," *Electronics Lett.*, vol. 29, pp. 477-478 (Mar. 4, 1993)
- S. F. Su, R. Olshansky, G. Joyce, D. A. Smith and J. E. Baran, "Gain equalization in multiwavelength lightwave systems using acoustooptic tunable filters," *Photonics Technol. Lett.*, vol. 4, pp. 269-271 (Mar. 1992)

**Modeling, Simulation and Experimental Reduction to Practice**

Fiber Network Modeling:

- D. A. Smith, "The Future of Optical Networking," All-Day Tutorial, *IEEE Workshop on High-Performance Switching and Routing* (Dallas, TX, May 29-31, 2001)

Acousto-Optic Interactions:

- D. A. Smith and R. S. Chakravarthy, "Passband engineering to achieve low crosstalk in acousto-optic wavelength-selective switches for WDM systems," *1995 Conference on Lasers and Electrooptics*, paper CtuS2 (Baltimore, MD, May 22-26, 1995)
- R. S. Chakravarthy, Z. Bao, H. Rashid, D. A. Smith, J. L. Jackel and J. E. Baran, "Passband interactions in acousto-optic filters," *1995 Annual Meeting of the Optical Society of America*, paper MKK3 (Portland, OR, Sep. 10-15, 1995)
- D. A. Smith, R. S. Chakravarthy, L. Troilo and A. d'Alessandro, "Passband collisions and multi-channel crosstalk in acousto-optic filters and switches," *1995 European Conf. On Integrated Optics*, paper ThC2 (Delft, Netherlands, Apr. 3-6, 1995)
- D. A. Smith, A. d'Alessandro, J. E. Baran and H. Herrmann, "Source of sidelobe asymmetry in integrated acousto-optic filters," *Appl. Phys. Lett.*, vol. 62, pp.814-816 (Feb. 22, 1993)
- A. d'Alessandro, D. A. Smith, J. E. Baran and J. J. Johnson, "Design model for low-crosstalk acousto-optic tunable filters," *1993 Integrated Photonics Research* (Palm Springs, CA, Mar. 22-24, 1993)
- J. L. Jackel, J. E. Baran, D. A. Smith, R. S. Chakravarthy and D. J. Fritz, "Observation of modulated crosstalk in multichannel acoustooptic switches," *1995 Topical Meeting on Integrated Photonics Research*, POSTDEADLINE PAPER PD5 (Dana Point, CA, Feb 2-25, 1995)
- J. L. Jackel and D. A. Smith, "Passband engineering of acousto-optic filters," *1995 Topical Meeting on Integrated Photonics Research*, paper SaB4 (Dana Point, CA, Feb 2-25, 1995)

**David A. Smith**       **Curriculum Vitae**

- R. S. Chakravarthy, D. A. Smith, A. d'Alessandro, J. E. Baran and J. L. Jackel, "Passband engineering of acousto-optic tunable filters," *1995 European Conf. On Integrated Optics*, paper TuPo1 (Delft, Netherlands, Apr. 3-6, 1995)
- A. d'Alessandro and D. A. Smith, "Source of sidelobe asymmetry in integrated acousto-optic tunable filters," *1992 Lasers and Electrooptics Society Annual Meeting*, paper OTA1.4 (Boston, MA, Nov. 16-19, 1992)
- M. M. Choy, K. W. Cheung, D. A. Smith and J. E. Baran, "Coherent crosstalk mechanism in multiwavelength switching of an integrated acoustooptic tunable filter," *1989 Conference on Lasers and Electrooptics*, paper FG2 (Baltimore, MD, Apr. 24-28, 1989)
- M. M. Choy, K. W. Cheung, D. A. Smith and J. E. Baran, "Observation of coherent interchannel interference in the multiwavelength switching of an acoustooptic tunable filter," *Photonics Technol. Lett.*, vol. 1, pp. 171-172 (July, 1989)

**Optical and Microwave Communications:**

- D. A. Smith, J. J. Johnson, J. E. Baran, K. W. Cheung and S. C. Liew, "Integrated Acoustically-tuned optical filters: devices and applications," INVITED TALK, *1991 Optical Fiber Communication Conference*, paper ThB1, (San Diego, CA, Feb. 18-22, 1991)
- K. W. Cheung, D. A. Smith, J. E. Baran and J. J. Johnson, "1 Gb/s system performance of an integrated-optic polarization-independent acoustically-tunable optical filter," *Photon. Technol. Lett.*, vol. 2, pp. 271-273 (Apr. 1990)
- K. W. Cheung, D. A. Smith, J. E. Baran and J. J. Johnson, "Wavelength-selective circuit and packet switching using acousto-optic tunable filters," *Globecom'90* (San Diego, CA, Dec. 2-5, 1990); also Bellcore TM-ARH-016353 (Mar. 21, 1990); also Bellcore TM-ARH-019080 (Apr. 18, 1991)
- K. W. Cheung, D. A. Smith, J. E. Baran and J. J. Johnson, "1 Gb/s system performance of an integrated-optic polarization-independent acoustically-tunable optical filter," *1989 LEOS Annual Meeting*, postdeadline paper PD2 (Orlando, FL, Oct. 15-20, 1989)
- K. W. Cheung, S. C. Liew, C. N. Lo, D. A. Smith, J. E. Baran and J. J. Johnson, "Simultaneous five-wavelength filtering at 2.2 nm wavelength separation using an integrated acousto-optic tunable filter with subcarrier detection," *Electron. Lett.* Vol. 25, pp. 636-637 (May 11, 1989)
- K. W. Cheung, S. C. Liew, D. A. Smith, C. N. Lo, J. E. Baran and J. J. Johnson, "Simultaneous five-wavelength filtering at 2.2 nm wavelength separation using an integrated acousto-optic tunable filter with subcarrier detection," 15th *European Conf. On Optical Communication*, paper WeA17 (Gothenburg, Sweden, Sept. 10-14, 1989); also Bellcore TM-ARH-013796 (Mar. 10, 1989)
- W. I. Way, D. A. Smith, J. J. Johnson, H. Izadpanah and H. Johnson, "Self-routing WDM high-capacity SONET ring network," *1992 Optical Fiber Communication Conference*, paper TuO2 (San Jose, CA, Feb. 2-7, 1992)
- W. I. Way, D. A. Smith, J. J. Johnson and H. Izadpanah, "A self-routing WDM high-capacity SONET ring network," *Photonic Technol. Lett.*, vol. 4, pp. 402-405 (Apr. 1992)
- D. A. Smith, review of patent "Optical modulation at millimeter wave frequencies," for *Applied Optics*, vol. 31, p. 2182 (May 1, 1992)
- M. W. Maeda and D. A. Smith, "New polarization-insensitive detection scheme based on fiber polarization scrambling," *Electronics Lett.*, vol. 27, pp. 10-12 (Jan. 3, 1991)
- M. W. Maeda and D. A. Smith, "New passive polarization scrambler for lightwave systems," *1991 Optical Fiber Communication Conference*, paper FC4 (San Diego, CA, Feb 18-22, 1991)

**David A. Smith**            **Curriculum Vitae**

- W. I. Way, D. A. Smith, J. E. Baran, M. M. Choy, Y. Silberberg, J. J. Johnson and R. D. Standley, "Multi-channel AM-VSB television signal transmission using the digital optical switch as an analog external modulator," *Bellcore Technical Memorandum* TM-ARH-014586 (July 13, 1989)
- D. A. Smith, J. E. Baran, J. L. Jackel, R. E. Wagner and R. Welter, "Mode-evolution-type optical beam combiner for coherent receivers," *1991 Integrated Photonics Research Conf.*, paper WG4 (Monterey, CA, Apr. 9-11, 1991)

### Integrated Acousto-Optic Devices:

- D. A. Smith and Z. Bao, "Technology and applications of integrated acousto-optic filters and switches in lithium niobate," INVITED PAPER, 3rd *Workshop on Ferroelectric Integrated Optics* (Saint Martin Vesubie, FRANCE, Sep. 3-5, 1996)
- J. L. Jackel, J. E. Baran, A. d'Alessandro and D. A. Smith, "A passband-flattened acousto-optic filter," *Photonics Technology Lett.*, vol. 7, pp. 318-320 (Mar. 1995)
- D. A. Smith and Z. Bao, "Technology and applications of the integrated acousto-optic filter," KEY LECTURE, 8th *Mediterranean Electrotechnical Conference*, Proc. pp. 100-107 (Bari, ITALY, May 13-16, 1996)
- D. A. Smith, R. S. Chakravarthy, Z. Bao, J. E. Baran, J. L. Jackel, A. d'Alessandro, D. J. Fritz, A. E. Willner, S. H. Huang, X. Y. Zou, S. M. Hwang and K. Li, "Evolution of the acousto-optic wavelength routing switch," *J. Lightwave Technol.*, vol. 14, pp. 1005-1019 (June 1996)
- D. A. Smith, H. Rashid, R. S. Chakravarthy, A. M. Agboatwalla, A. A. Patil, Z. Bao, N. Imam, S. W. Smith, J. E. Baran, J. L. Jackel and J. Kallman, "Acousto-optic switch with a near-rectangular passband for WDM systems," *Electronics Lett.*, vol. 32, pp. 542-543 (Mar. 14, 1996)
- D. A. Smith and J. L. Jackel, "Progress in acousto-optic filter technology for WDM systems," *1996 Lasers and Electrooptics Society Annual Meeting*, paper WU4 (Boston, MA, Nov. 18-21, 1996)
- A. d'Alessandro, D. A. Smith and J. E. Baran, "Polarization-independent low-power integrated acousto-optic tunable filter/switch using APE/Ti polarization splitters on lithium niobate," *Electron. Lett.*, vol. 29, pp. 1767-1769 (Sep. 30, 1993)
- D. A. Smith and J. J. Johnson, "Sidelobe suppression in an acousto-optic filter with a raised-cosine interaction strength," *1992 Integrated Optics Research Topical Meeting*, paper ME1 (New Orleans, LA, Apr. 13-16, 1992)
- D. A. Smith, J. J. Johnson and J. E. Baran, "Ultra-low-power integrated acousto-optic filter," *Bellcore Technical Memorandum* TM-ARH-019634 (July 24, 1991)
- D. A. Smith, J. J. Johnson and J. E. Baran, "Ultra-low-power integrated acousto-optic filter," *Optics in 1991 edition of Optics and Photonics News*, p. 32, Dec. 1991
- J. J. Johnson and D. A. Smith, "Low-power integrated acousto-optic filter on x-cut lithium niobate," *1991 Ultrasonics Symposium*, proceedings pp. 577-580, (Lake Buena Vista, FL, Dec. 8-11, 1991)
- D. A. Smith and J. J. Johnson, "Low drive-power integrated acoustooptic filter on x-cut y-propagating lithium niobate," *Photonics Technol. Lett.*, vol. 3, pp. 923-925 (Oct. 1991)
- D. A. Smith and J. J. Johnson, "Switching speed of an integrated acoustically-tunable optical filter," *Electronics Lett.*, vol. 27, pp. 2102-2103 (Nov. 7, 1991)
- D. A. Smith, J. J. Johnson, A. d'Alessandro and J. E. Baran, "Sidelobe-suppressed acousto-optic filter," *Optics in 1992 edition of Optics and Photonics News*, pp. 27-28 (Dec. 1992)
- D. A. Smith and J. J. Johnson, "Sidelobe suppression in an acousto-optic filter with a raised-cosine interaction strength," *Appl. Phys. Lett.* Vol. 61, pp. 1025-1027 (Aug. 31, 1992)

**David A. Smith**  **Curriculum Vitae**

- D. A. Smith and J. J. Johnson, "Power reduction and sidelobe suppression in integrated acousto-optic filters by means of acoustic waveguides," *Bellcore Technical Memorandum* TM-ARH-018753 (Mar. 6, 1991)
- D. A. Smith, K. W. Cheung, J. E. Baran and J. J. Johnson, "Integrated-optic acoustically-tunable filters for WDM networks," *IEEE Summer Topical on Optical Multiple Access Networks*, paper OMTh3 (Monterey, CA, July 25-27, 1990)
- D. A. Smith, J. J. Johnson, K.W. Cheung, J. L. Jackel and J. E. Baran, "Fully-integrated two-stage acousto-optic filter with no net Doppler shift," *1990 Integrated Photonics Research Conf.*, paper WI5 (Hilton Head, SC, Mar. 26-28, 1990)
- D. A. Smith, J. E. Baran, J. J. Johnson and K. W. Cheung, "Integrated-optic acoustically-tunable filters for WDM networks," *IEEE J. Selected Areas in Commun.*, vol. 8, pp. 1151-1159 (Aug., 1990); also Bellcore TM-ARH-014620
- D. A. Smith, J. E. Baran, K. W. Cheung and J. Johnson, "Polarization-independent acoustically-tunable optical filter," *Appl. Phys. Lett.* Vol. 56, pp. 209-211 (Jan. 15, 1990)
- D. A. Smith, J. J. Johnson, J. L. Jackel, K. W. Cheung and J. E. Baran, "Fully-integrated frequency-shift-free acousto-optic filter," *Bellcore Technical Memorandum* TM-ARH-016994 (June 12, 1990)
- D. A. Smith, K. W. Cheung, J. E. Baran and J.J.Johnson, "Acoustically-tuned integrated-optic filter for many-channel wavelength switching," *Optics in '89 edition of Optics News*, pp. 46-47 (Dec., 1989)
- D. A. Smith, K. W. Cheung, J. E. Baran and J.J. Johnson, "Acoustically-tuned integrated optical filters," INVITED PAPER, TuV1, *1989 Optical Society of America Annual Meeting* (Orlando, FL, Oct. 15-20, 1989)
- D. A. Smith, J. E. Baran, K. W. Cheung and J. Johnson, "Polarization-independent acoustically-tunable optical filter," *15th European Conf. on Optical Communication*, POSTDEADLINE paper PDB-7 (Gothenburg, Sweden, Sept. 10-14, 1989); also Bellcore TM-ARH-014815 (Aug. 14, 1989)
- D. A. Smith, J. J. Johnson, J. E. Baran, V. S. shah, L. Curtis and K. W. Cheung, "Integrated-optic acoustically-tunable reflection filter," *Optics Lett.*, vol. 14, pp. 1240-1242 (Nov. 1, 1989); also Bellcore TM-ARH-014165 (5/9/89)
- D. A. Smith, J. J. Johnson, B. L. Heffner, K. W. Cheung and J. E. Baran," Two-stage integrated optic acoustically tunable optical filter with enhanced sidelobe suppression," *Electron. Lett.*, vol. 25, pp. 398-399 (Mar. 16, 1989)
- B. L. Heffner, D. A. Smith, J. E. Baran, A. Yi-Yan and K. W. Cheung, "Integrated-optic acoustically-tunable infrared optical filter," *Electron. Lett.*, vol. 24, pp. 1562-1563 (Dec. 8, 1988)
- B. L. Heffner, D. A. Smith, J. E. Baran, K. W. Cheung and A. Yi-Yan, "Improved acoustically-tunable optical filter on x-cut lithium niobate," *1989 Integrated and Guided-Wave Optics Conf.*, paper TuAA3 (Houston, TX, Feb. 6-8, 1989); also Bellcore TM-ARH-012217 (7/29/1988)

<u>Spectroscopy</u>:

- M. L. Heston, D. A. Smith, Z. Bao, A. Khaydarov, A. E. Willner, S. M. Hwang, and S. H. Huang, "Use of the acousto-optic tunable filter for optical spectrum analysis and EDFA power equalization in WDM systems," *1996 Optical Fiber Communication Conf.*, paper ThL3 (San Jose, CA, Feb. 26 – Mar. 1, 1996)
- M. M. Choy, A. d'Alessandro, D. A. Smith and J. E. Baran, "Cascaded acousto-optic/Fabry-Perot filter with effective finesse over 2000," *1993 Conf. On Lasers and Electrooptics* (Baltimore, MD, May 3-7, 1993)

**David A. Smith**             **Curriculum Vitae**

- D. A. Smith, M. M. Choy, A. d'Alessandro, J. E. Baran and A. Rahjel, "Cascaded acousto-optic filter/fiber Fabry-Perot filter with a finesse of 2000," *Photonics Technol. Lett.*, vol. 5, pp. 189-191 (Feb. 1993)

**Femtosecond Optics:**

- M. G. Fermann, V. da Silva, D. A. Smith, Y. Silberberg and A. Weiner, "Shaping of ultrashort optical pulses by using an integrated acousto-optic tunable filter," *Optics Lett.*, vol. 16, pp. 1505-1507 (sep. 15, 1993)
- M. E. Fermann, V. L. daSilva, D. A. Smith, Y. Silberberg and A. Weiner, "Acousto-optic tunable filter for time-domain processing of ultra-short optical pulses," *1992 Integrated Optics Research Conf.*, POSTDEADLINE paper PD10 (New Orleans, LA, Apr. 13-16, 1992)
- A. M. Weiner, V. L. daSilva, M. F. Fermann, D. E. Laird, E. G. Paek, D. H. Reitze, Y. Silberberg and D. A. Smith, "Recent advances in ultrashort optical pulse shaping for high-speed communications," *1992 IEEE Summer Topical on Optical Multiple Access Networks*, paper TuC1 (Santa Barbara, CA, Aug. 3-5, 1992)

**Ultrasonics:**

- H. Rashid, D. A. Smith, M. A. Pathan and Z. Bao, "Short-pulse probe SAW profilometry of integrated acousto-optic filters," *1995 Lasers and Electrooptics Society Annual Meeting* (San Francisco, CA, Oct. 30 – Nov. 2, 1995)
- H. Rashid, D. A. Smith, Z. Bao, R. S. Chakravarthy, M. A. Pathan, N. Imam, K. Kissa and J. Kallman, "Use of radio-frequency-pulse surface acoustic wave profilometry for passband engineering of acousto-optic tunable filters," *Optics Lett.*, vol. 21, pp. 342-344 (Mar. 1, 1996)
- D. A. Smith and J. J. Johnson, "Surface acoustic wave directional coupler," *IEEE Trans. Ultrasonics, Ferroelectrics and Frequency Control*, vol. 40, pp. 22-25 (Jan. 1993)
- R. N. Thurston, D. A. Smith, J. E. Baran, K. W. Cheung and J. J. Johnson, "Warren P. Mason (1900-1986): physicist, engineer, inventor, author, teacher," Keynote talk for the Mason Memorial Session, *117th Meeting of the Acoustical Society of America*, (Syracuse, NY, May 22-26, 1989)

**Multiple-Wavelength Fiber-Optic Systems:**

- J. L. Jackel, M. S. Goodman, J. Gamelin, W. J. Tomlinson, J. E. Baran, C. A. Brackett, D. J. Fritz, R. Hobbs, K. Kissa, R. Ade and D. A. Smith, "Simultaneous and independent switching of 8-wavelength channels with 2-nm spacing using a wavelength-dilated acousto-optic switch," *Photonics Technol. Lett.*, vol. 8, pp. 1531-1533 (Nov. 1996)
- J. L. Jackel, M. Goodman, J. E. Baran, W. J. Tomlinson, G-K chang, M. Z. Iqbaal, G. H. Song, K. Bala, C. A. Brackett, D. A. Smith, R. S. Chakravarthy, R. H. Hobbs, D. J. Fritz, R. W. Ade and K. M. Kissa, "AOTFs for multi-wavelength optical crossconnects: crosstalk considerations," *J. Lightwave Technol.*, vol. 14, pp. 1056-1066 (Jun. 1996)
- A. E. Willner, S. H. Huang, X. Y. Zou, S. M. Hwang, D. A. Smith and Z. Bao, "Dynamic channel equalization in reconfigurable WDM networks using acousto-optic tunable filters," INVITED PAPER, *1996 Lasers and Electrooptics Society Annual Meeting*, paper WX1 (Boston, MA, Nov. 18-21, 1996)

**David A. Smith**          **Curriculum Vitae**

- D. A. Smith, A. d'Alessandro, J. L. Jackel, D. J. Fritz, J. E. Baran and R. S. Chakravarthy, "Acoustically-tuned optical filters and switches for WDM systems," *1995 Optical Fiber Communication Conf.*, INVITED PAPER, paper TuO1 (San Diego, CA, Feb. 26 – Mar. 3, 1995)

- K. W. Cheung, D. A. Smith, J. E. Baran and B. L. Heffner, "Multiple channel operation of an integrated AO tunable filter," *Electron. Lett.*, vol. 25, pp. 375-376 (Mar. 16, 1989)

- K. W. Cheung, D. A. Smith, J. E. Baran and B. L. Heffner, "Multiple channel operation of an integrated AO tunable filter," *1989 Optical Fiber Communication Conference*, paper ThB3 (Houston, TX, Feb. 6-9, 1989); Also Bellcore TM ARH-012779 (10/17/88)

- D. A. Smith, "Trends in WDM Device Technology and Applications," INVITED TALK *Proc. Workshop on Integrated Optics for Military and Industrial Applications*, pp. 141-145 (Huntsville, AL, Dec. 7-9, 1993)

- H. Herrmann, D. A. Smith and W. Sohler, "Integrated-optical, acoustically-tunable wavelength filters and their network applications," *1993 European Conference on Integrated Optics* INVITED TALK (Neufchatel, Switzerland, Apr. 19-22, 1993)

- D. A. Smith, "Acousto-optic filters," INVITED TALK, *1993 Optical Fiber Communication Conf.* (San Jose, CA, Feb. 21-26, 1993)

- D. A. Smith, "Acousto-optic filters," INVITED PAPER, *1992 Lasers and Electro-optics Society Annual Meeting*, paper OCTS1.3 (Boston, MA, Nov. 16-19, 1992)

- D. A. Smith, J. J. Johnon, J. E. Baran and K. W. Cheung, "Integrated acoustically-tuned optical filters for filtering and switching applications," INVITED PAPER, *1991 Ultrasonics Symposium*, paper G-1, proceedings pp. 547-558, (Lake Buena Vista, FL, Dec. 8-11, 1991)

**Lasers:**

Fiber Ring Lasers:

- D. A. Smith, M. W. Maeda, J. J. Johnson, J. S. Patel, M. A. Saifi and A. von Lehman, "Acoustically-tuned erbium-doped fiber ring laser," *Optics Lett.*, vol. 16, pp. 387-389 (Mar. 15, 1991)

- D. A. Smith, M. W. Maeda, J. S. Patel, J. J. Johnson, M. A. Saifi and Chinlon Lin, "Electronically-tunable erbium-doped fiber ring lasers," *Workshop on Passive and Active Fiber Components*, paper MB5 (Monterey, CA, Apr. 8, 1991)

- M. W. Maeda, D. A. Smith, J. J. Johnson, J. S. Patel, A. von Lehman, M. S. Saifi and Chinlon Lin, "Continuous acousto-optic tuning of an erbium-doped fiber laser at 1.5 microns," *1990 LEOS Annual Meeting*, pp. 90-92 (Boston, MA, 1990).

Ring Laser Gyroscopes:

- D. A. Smith and D. I. Shernoff, Simple measurement of gain and loss in ultralow loss optical resonators," *Appl. Opt.*, vol. 24, pp. 1722-1723 (June 15, 1985)

- R. A. Patterson, B. Ljung and D. A. Smith, "Reduction of beam coupling in a ring laser gyro by Doppler shifting of scattered light," *Proc. SPIE* 487, pp. 78-84 (1984)

- R. A. Patterson, B. Ljung and D. A. Smith, "Reduction of beam coupling in a ring laser gyro by Doppler shifting of scattered light," *SPIE Conference on Physics of Optical Ring Gyros*, (Snowbird, UT, Jan. 7-10, 1984)

- D. A. Smith, "Distortion-induced magnetic field bias in the square ring laser," *Proc. SPIE Conference on Fiber Optic and Laser Sensors* (Arlington, VA, Apr. 4-7, 1983)

**David A. Smith**               **Curriculum Vitae**

- D. A. Smith, "Distortion-induced magnetic field bias in the square ring laser," *Proc. SPIE* 412, pp. 229-233 (1983)

### Integrated Optics:

- D. A. Smith, "Tunable optical filters for lightwave networks," INVITED PAPER, *1992 IEEE Summer Topical Meeting on Optical Multiple Access Networks*, paper MD1 (Santa Barbara, CA, Aug. 3-5, 1992)
- J. E. Baran and D. A. Smith, "A hybrid proton-exchanged/Ti-indiffused polarization splitter in lithium niobate," *1992 Integrated Optics Research Topical Meeting*, paper TuD3 (New Orleans, LA, Apr. 13-16, 1992)
- D. A. Smith, J. E. Baran, J. L. Jackel, R. E. Wagner and R. Welter, "A mode-evolution-type integrated-optical beam combiner for coherent systems," *Photonics Technol. Lett.*, vol. 3, pp. 339-341 (April, 1991)
- J. E. Baran and D. A. Smith, "Adiabatic 2x2 polarization splitter on lithium niobate," *Photonics Technol. Lett.*, vol. 4, pp. 39-40 (Jan. 1992)
- J. E. Baran and D. A. Smith, "Broadband single-mode optical waveguides in x-cut lithium niobate," *Bellcore Technical Memorandum* TM-ARH-016831 (May 17, 1990)
- J. J. Johnson and D. A. Smith, "Superstrate polarizers for lithium niobate devices," *Bellcore Technical Memorandum* TM-ARH-014083 (Apr. 25, 1989)
- R. Noe and D. A. Smith, "Integrated-optic rotating waveplate frequency shifter," *Electron. Lett.*, vol. 24, pp. 1348-1349 (1988)
- D. A. Smith and R. Noe, "New polarization scrambler using Ti-indiffused lithium niobate rotating waveplate," *Topical Meeting on Integrated and Guided-Wave Optics*, paper ME-4, (Santa Fe, NM, Mar. 28-30, 1988); also Bellcore TM-ARH-010619 (with J. J. Johnson, Nov. 13, 1987)
- D. A. Smith, "Active polarization controller for guided-wave applications," *Bellcore Technical Memorandum*, TM-ARH-008933 (Mar. 20, 1987)
- D. A. Smith, "Guided-wave optical power regulator," *Proc. SPIE 704*, pp. 10-15 (1986)
- D. A. Smith, "Guided-wave optical power regulator," *SPIE Fourth Conference on Integrated Optical Circuit Engineering*, (Cambridge, MA, Sep. 16-17, 1986); Also Bellcore TM-ARH-006074

### Basic Experimental Physics

Waveguide Materials:

- R. D. Renyi, R. D. Meade, A. Devenyi, J. D. Johanopoulis, O. L. Alerhand, D. A. Smith and K. Kash, "Novel applications of photonic bandgap materials: low loss bends and high-Q cavities," *J. Appl. Phys.*, vol. 75, pp. 4753- (1994)

Spin-Polarized Quantum Systems:

- R. W. Cline, D. A. Smith, T. J. Greytak and D. Kleppner, "Magnetic confinement of spin-polarized atomic hydrogen," *Phys. Rev. Lett.*, vol. 45, pp. 2117-2120 (1980)
- D. A. Smith, R. W. Cline, T. J. Greytak and D. Kleppner, "Production and magnetic confinement of spin polarized hydrogen," *Proc. 7th Intl. Conf. On Atomic Physics*, (Cambridge, MA, Aug. 4-8, 1980); also Conference abstracts: pp. 284-285

| David A. Smith | Curriculum Vitae |

- R. W. Cline, T. J. Greytak, D. Kleppner and D. A. Smith, "Production and magnetic confinement of spin polarized hydrogen," *J. de Physique*, vol. 41-C7, pp. 151-156 (1980)
- R. W. Cline, T. J. Greytak, D. Kleppner and D. A. Smith, "Production and magnetic confinement of spin polarized hydrogen," *Colloque International du CNRS on Spin Polarized Quantum Systems*, (Aussios, France, Apr. 21-16, 1980)
- S. B. Crampton, T. J. Greytak, D. Kleppner, W. D. Phillips, D. A. Smith and A. Weinrib, "Hyperfine resonance of gaseous atomic hydrogen at 4.2K," *Phys. Rev. Lett*, vol. 42, pp. 1039-1042 (1979)

Astrophysics:

- P. C. Joss, D. A. Smith and A. B. Solinger, "On apparent associations among astronomical objects," *Astron. and Astrophys.*, vol. 47, pp. 461-462 (1976).