Joseph K. Liu (Bar No. 216227)
jliu@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

William J. O'Brien (Bar No. 99526)
wobrien@onellp.com
**ONE LLP**
9301 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90210
Telephone: (310) 866-5158
Facsimile: (310) 943-2085

*Attorneys for Defendant and Counterclaimant,*
ALCATEL-LUCENT USA, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LABYRINTH OPTICAL TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALCATEL-LUCENT USA, INC.,<br><br>Defendant. | Case No. SACV12-0759 AG (DFMx)<br><br>*The Honorable Andrew J. Guilford*<br><br>**ALCATEL-LUCENT'S APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>Hearing Date: Dec. 15, 2014<br>Time:             10:00 A.M.<br>Courtroom:   10D |

Pursuant to Local Rule 79-5, Defendants Alcatel-Lucent respectfully apply for an order sealing the following documents in the above action:

1. The Confidential Declaration of William J. O'Brien In Support of Defendant's Motion for Summary Judgment; and
2. Exhibit 1 of O'Brien Conf. Decl., excerpts from David A. Smith, Ph.D.'s Opening Expert Report on Alcatel-Lucent USA, Inc.'s Infringement of U.S. Patent No. 8,103,173; and
3. Exhibit 2 of O'Brien Conf. Decl., excerpts from Deposition of David A. Smith, Ph.D;
4. Exhibit 3 of O'Brien Conf. Decl., excerpts from Deposition of Edward Englehart;
5. Exhibit 4 of O'Brien Conf. Decl., Alcatel-Lucent Technical Documentation Cited by David Smith, Ph.D, ALU011220-22).
6. Exhibit 5 of O'Brien Conf. Decl., Alcatel-Lucent Technical Document Entitled "Intradyne DSP. Back End," ALU014150.
7. Exhibit 6 of O'Brien Conf. Decl., excerpts from Alcatel-Lucent's Requirement Specifications for the 100G coherent NRZ QPSK Line Card (ALU015386).
8. Exhibit 7 of O'Brien Conf. Decl., excerpt from Alcatel-Lucent's Functional Description- ADC-DSP, ALU127721.
9. Exhibit 8 of O'Brien Conf. Decl., Acacia-Cisco License Agreement
10. Exhibit 9 of O'Brien Conf. Decl., Labyrinth-Oclaro License Agreement
11. Exhibit 10 of O'Brien Conf. Decl., Labyrinth-Fujitsu License Agreement
12. Exhibit 12 of O'Brien Conf. Decl., excerpts from James D. Woods, Ph.D.'s expert report.

The Stipulated Protective Order protects the disclosure of "confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation may be warranted."

1  Protective Order, 2:2-5.  The Protective Order provides for a "Highly Confidential-
2  Attorneys' Eyes Only" designation for information or items that are "extremely
3  sensitive 'Confidential Information or Items,' disclosure of which to another Party or
4  Non-Party would create a substantial risk of serious harm that could not be avoided by
5  less restrictive means."  Exhibits 1-10 and 12 have been designated as "Highly
6  Confidential-Attorneys Eyes Only" pursuant to the Court's Protective Order because
7  these documents include material, which if disclosed to the parties or to the public,
8  could cause serious harm that could not be avoided by less restrictive means.

9     Exhibits 1-7 have been designated by Alcatel-Lucent because they include
10 proprietary information about the methodology used in Alcatel-Lucent's products that
11 are protected as trade secrets. Disclosing these methods would vitiate trade secret
12 protection. *Masonite v. County of Mendocino Air Quality Mgmt. District,* 42
13 Cal.App.4th 436, 454 (1996).  Exhibits 8-11 have been designated by Labyrinth
14 Optical because the documents contain sensitive business information about the
15 licensing agreements made between Labyrinth Optical and third parties.

16    In order to preserve the confidentiality of Alcatel-Lucent's trade secrets and
17 Labyrinth Optical's sensitive licensing information, Defendants respectfully request
18 leave of court to file O'Brien's Confidential Declaration and Exhibits 1-12 under seal.
19    For these reasons, the Court should grant the Application to Seal.

21 Dated: December 3, 2014           ONE LLP

23                      By: __/s/ William J. O'Brien_____
24                         William J. O'Brien
25                         Attorneys for Defendants Alcatel-Lucent

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9301 Wilshire Boulevard, Penthouse Suite, Beverly Hills, California 90210.

On December 3, 2014, I caused **ALCATEL-LUCENT'S APPLICATION TO FILE DOCUMENTS UNDER SEAL** to be served to the addresses and by the method of service described as follows:

Paul A. Lesko
plesko@simmonsfirm.com
**SIMMONS BROWDER GIANARIS ANGELIDES & BARNERD LLC**
One Court Street
Alton, IL 62002
Telephone: 618-259-2222
Facsimile: 618-259-2251

*Attorneys for Plaintiff and Counter-Defendant,*
*LABYRINTH OPTICAL TECHNOLOGIES, LLC*

[X]    (BY EMAIL)

[ ]    (BY FAX) On 12/3/2014 3:36 PM, I transmitted the above-described document(s) by facsimile, in compliance with CCP § 1013 and CRC §§ 2.300 et seq. The transmission originated from facsimile phone number (310) 943-2085 and was reported as complete and without error.

[X]    (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    (FEDERAL) I declare that I am employed in the office of a member of the bar of their court at whose direction the service was made.

Executed on December 3, 2014 at Beverly Hills, California.

By: Christina I. Rodriguez

**PROOF OF SERVICE**