UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABYRINTH OPTICAL TECHNOLOGIES, LLC<br><br>*Plaintiff*,<br><br>vs.<br><br>ALCATEL-LUCENT USA, INC.<br><br>*Defendant*. | Case No. SACV12-00759AG (DFMx)<br><br>**JUDGMENT FOLLOWING ORDER OF DISMISSAL FOR LACK OF STANDING** |

1	Judgement is entered in favor of Defendant Alcatel Lucent USA, Inc., and against Plaintiff Labyrinth Optical Technologies, LLC ("Labyrinth") because Labyrinth lacks standing to sue. Any claims or counterclaims not expressly resolved by this judgment are dismissed without prejudice as moot.

Dated: May 18, 2015

_____
Andrew J. Guilford
United States District Judge